IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MISTY DUNKIN**  **PLAINTIFF**
**#85092**

v.   CASE NO: 3:23-CV-00221 BSM

**SHANNA CARTER,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE